**Fill in this information to identify your case:**

Debtor 1: <u>Russell</u>    <u>Thomas</u>    <u>Coats, Sr.</u>
         First Name     Middle Name     Last Name

Debtor 2
(Spouse, if filing) First Name     Middle Name     Last Name

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 104
### For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders
12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

### Part 1: List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

Unsecured claim

**1**
R. West Development Co.
Creditor's name
7918 Broadway, Ste 104
Number   Street

Pearland   TX   77581
City   State   ZIP Code

Contact

Contact phone

What is the nature of the claim? **Money loaned**   $300,000.00
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply
Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): _____
      Value of security    – _____
      Unsecured claim: _____

**2**
Surplus Lines
Creditor's name
805 Las Cimas Pkwy
Number   Street

Austin   TX   78764
City   State   ZIP Code

Contact

Contact phone

What is the nature of the claim? **Disputed claim**   $298,872.43
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply
Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): _____
      Value of security    – _____
      Unsecured claim: _____

Official Form 104    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor 1   Russell Thomas Coats, Sr.   Case number (if known) _____

|  | Unsecured claim |
|---|---|

**3** David Johnson
Creditor's name
2399 Indigo Harbor
Number   Street

League City   TX   77573
City   State   ZIP Code

Contact

Contact phone

What is the nature of the claim?   Judgment      $162,000.00
As of the date you file, the claim is:   Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply
Does the creditor have a lien on your property?
☑ No
☐ Yes.   Total claim (secured and unsecured): _____
            Value of security   – _____
            Unsecured claim: _____

**4** Houston Texans
Creditor's name
Two NRG Park
Number   Street

Houston   TX   77054
City   State   ZIP Code

Contact

Contact phone

What is the nature of the claim?   Tickets      $19,845.00
As of the date you file, the claim is:   Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply
Does the creditor have a lien on your property?
☑ No
☐ Yes.   Total claim (secured and unsecured): _____
            Value of security   – _____
            Unsecured claim: _____

**5** Hendershot Cowart P.C.
Creditor's name
1800 Bering Dr. #600
Number   Street

Houston   TX   77057
City   State   ZIP Code

Contact

Contact phone

What is the nature of the claim?   Legal fees      $15,000.00
As of the date you file, the claim is:   Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply
Does the creditor have a lien on your property?
☑ No
☐ Yes.   Total claim (secured and unsecured): _____
            Value of security   – _____
            Unsecured claim: _____

**6** Ohio National
Creditor's name
PO Box 237
Number   Street

Cincinnati   OH   45201
City   State   ZIP Code

Contact

Contact phone

What is the nature of the claim?   Owed premiums      $4,200.00
As of the date you file, the claim is:   Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply
Does the creditor have a lien on your property?
☑ No
☐ Yes.   Total claim (secured and unsecured): _____
            Value of security   – _____
            Unsecured claim: _____

### Part 2:   Sign Below

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X _/s/ Russell T. Coats_                              X _____
Russell Thomas Coats, Sr., Debtor 1             Signature of Debtor 2

Date 04/28/2021                                        Date _____
     MM / DD / YYYY                                         MM / DD / YYYY

Official Form 104   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   page 2